# FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RETIRED EMPLOYEES ASSOCIATION OF
ORANGE COUNTY, INC.,
         *Plaintiff-Appellant,*

v.

COUNTY OF ORANGE,
         *Defendant-Appellee.*

No. 09-56026

D.C. No.
8:07-cv-01301-AG-
MLG
Central District of
California,
Santa Ana

ORDER

Appeal from the United States District Court
for the Central District of California
Andrew J. Guilford, District Judge, Presiding

Argued and Submitted
June 10, 2010—Pasadena, California
Submission withdrawn June 29, 2010
Resubmitted December 16, 2011

Filed December 19, 2011

Before: Stephen S. Trott and William A. Fletcher,
Circuit Judges, and James C. Mahan, District Judge.*

---

*The Honorable James C. Mahan, District Judge for the U.S. District
Court for Nevada, sitting by designation.

## COUNSEL

Michael P. Brown, Moscone, Emblidge & Quadra, LLP, San Francisco, California, for the plaintiff-appellant.

Arthur Anthony Hartinger, Meyers, Nave, Riback, Silver & Wilson, Oakland, California, for the defendant-appellee.

---

## ORDER

PER CURIAM:

This court has now received an answer from the California Supreme Court to the question certified to that court. *See Retired Employees Assoc. of Orange County v. County of Orange*, 52 Cal.4th 1171 (2011). We remand this case to the district court for further proceedings consistent with the answer provided by the California Supreme Court.

In light of the nature of the dispute in this case, and in light of the delay that has already taken place, we encourage the district court to act promptly. In the event of another appeal, this panel will retain jurisdiction and will give scheduling priority to the appeal.

So ordered.

**REMANDED.**